UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEANNA LYNN HORTON,

    Defendants.
_____/

Case No. 2:14-cr-09-03

HON. ROBERT HOLMES BELL

### ORDER OF DETENTION

Defendant appeared before the undersigned on May 12, 2014, for arraignment on an indictment charging three counts of controlled substance violations. The government filed a motion for detention. Defense counsel requested they reserve the right to request a detention hearing at a later date. Accordingly, IT IS HEREBY ORDERED that the defendant will be detained pending further proceedings.

    IT IS SO ORDERED.

Date: May 13, 2014

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge